## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-30910-HCM |
| | § | |
| TIM-CO ENGINE SERVICES & | § | |
| EQUIPMENT, INC. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $184,422.67 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $44,921.05 | | |

3)       Total gross receipts of $229,343.72  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $229,343.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $60,944.00 | $35,803.04 | $35,803.04 | $35,803.04 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $44,921.05 | $44,921.05 | $44,921.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $369,932.56 | $198,892.58 | $198,892.58 | $148,619.63 |
| **Total Disbursements** | $430,876.56 | $279,616.67 | $279,616.67 | $229,343.72 |

4). This case was originally filed under chapter 7 on 06/07/2017. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/04/2019</u>          By:   <u>/s/ Ronald E. Ingalls</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 6348 Mayfair Street Houston TX 77087 | 1110-000 | $205,000.00 |
| Chase checking 6465 | 1129-000 | $10,103.81 |
| Machinery | 1129-000 | $5,260.00 |
| Office Equipment | 1129-000 | $490.00 |
| Office furniture | 1129-000 | $950.00 |
| Tools & Equipment | 1129-000 | $4,300.00 |
| WF checking 5330 | 1129-000 | $1,655.74 |
| Tax refund 941 | 1224-000 | $587.67 |
| Insurance refund | 1229-000 | $996.50 |
| **TOTAL GROSS RECEIPTS** | | $229,343.72 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | U.S. Bank, N.A. | 4210-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| | BBVA Compass Bank | 4110-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| | BBVA Compass lien payoff | 4110-000 | $0.00 | $35,803.04 | $35,803.04 | $35,803.04 |
| | Caterpillar Financial Services | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Bank Equipment Finance | 4210-000 | $7,944.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $60,944.00 | $35,803.04 | $35,803.04 | $35,803.04 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Ingalls, Trustee | 2100-000 | NA | $14,717.19 | $14,717.19 | $14,717.19 |
| Ronald E. Ingalls, Trustee | 2200-000 | NA | $1,911.17 | $1,911.17 | $1,911.17 |
| International Sureties | 2300-000 | NA | $2.89 | $2.89 | $2.89 |

| Ltd | | | | | |
|---|---|---|---|---|---|
| Houston Imternational Management | 2410-000 | NA | $5,200.00 | $5,200.00 | $5,200.00 |
| RE/MAX Top Realty Realtor for Buyer commission | 2500-000 | NA | $4,800.00 | $4,800.00 | $4,800.00 |
| Stewart Title Company Closing costs | 2500-000 | NA | $2,111.15 | $2,111.15 | $2,111.15 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Integrity Bank | 2600-000 | NA | $2,281.24 | $2,281.24 | $2,281.24 |
| US Bankruptcy Clerk - El Paso | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Ann Harris Bennett | 2820-000 | NA | $2,579.43 | $2,579.43 | $2,579.43 |
| Harris CAD - prorated 2017 taxes | 2820-000 | NA | $2,318.48 | $2,318.48 | $2,318.48 |
| Odr pay fees d 08/03/18 dkt 48, Accountant for Trustee | 3410-000 | NA | $630.00 | $630.00 | $630.00 |
| Odr pay exp d 08/03/18 dkt 48, Accountant for Trustee | 3420-000 | NA | $28.50 | $28.50 | $28.50 |
| Mathew Shroble ResideTX Properties Realtor for Trustee commission, Realtor for Trustee | 3510-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Matthew Shroble, Personal Property Broker for Trustee | 3991-500 | NA | $660.00 | $660.00 | $660.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $44,921.05 | $44,921.05 | $44,921.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Breco International Inc. | 7100-000 | $30,135.56 | $30,133.56 | $30,133.56 | $30,133.56 |
| 2 | Reliant Energy Retail Services, | 7100-000 | $0.00 | $702.02 | $702.02 | $702.02 |

| | LLC | | | | | |
|---|---|---|---|---|---|---|
| 3 | Jocelyn and Timo Lehtola | 7400-000 | $139,135.00 | $139,135.00 | $139,135.00 | $88,862.05 |
| 4U | U.S. Bank, N.A. | 7100-000 | $0.00 | $7,001.98 | $7,001.98 | $7,001.98 |
| 5 | American Express Bank, FSB | 7100-000 | $2,040.00 | $1,993.92 | $1,993.92 | $1,993.92 |
| 6 | American Express Bank, FSB | 7100-000 | $19,926.00 | $19,926.10 | $19,926.10 | $19,926.10 |
| | Admiral Linen | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| | Chevron & Texaco Card Services | 7100-000 | $328.00 | $0.00 | $0.00 | $0.00 |
| | Citi Business Custimer Service | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| | Commercial Collection Corp of NY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Compass Global Logistics | 7100-000 | $825.00 | $0.00 | $0.00 | $0.00 |
| | Home Depot Commercial | 7100-000 | $5,913.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JP Morgan Chase Bank | 7100-000 | $80,965.00 | $0.00 | $0.00 | $0.00 |
| | Logix Communications | 7100-000 | $473.00 | $0.00 | $0.00 | $0.00 |
| | People Ready | 7100-000 | $847.00 | $0.00 | $0.00 | $0.00 |
| | Protection One | 7100-000 | $652.00 | $0.00 | $0.00 | $0.00 |
| | RMS Disposal (Allied Waste) | 7100-000 | $326.00 | $0.00 | $0.00 | $0.00 |
| | Sunoco Corp Card | 7100-000 | $767.00 | $0.00 | $0.00 | $0.00 |
| | Trinity Onsite Computer Service | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | US Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Atty General | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank | 7100-000 | $74,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $369,932.56 | $198,892.58 | $198,892.58 | $148,619.63 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**      Page No: 1      Exhibit 8

**ASSET CASES**

| | |
|---|---|
| Case No.: | 17-30910-HCM |
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. |
| For the Period Ending: | 1/4/2019 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Date Filed (f) or Converted (c): | 06/07/2017 (f) |
| §341(a) Meeting Date: | 07/17/2017 |
| Claims Bar Date: | 10/17/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase checking 6465 | $50.00 | $10,103.81 | | $10,103.81 | FA |
| 2 | WF checking 5330 | $80.00 | $1,655.74 | | $1,655.74 | FA |
| 3 | AR | $11,000.00 | $0.00 | | $0.00 | FA |
| 4 | Office furniture | $950.00 | $950.00 | | $950.00 | FA |
| 5 | Office Equipment | $490.00 | $490.00 | | $490.00 | FA |
| 6 | Tools & Equipment | $4,300.00 | $4,300.00 | | $4,300.00 | FA |
| 7 | Machinery | $85,100.00 | $5,260.00 | | $5,260.00 | FA |
| | **Asset Notes:**    TTE Ntc abandon "parts, all installed on customers' ships." A honing machine and a valve seating machine. 10/19/17; Odr abandon 11/14/17 dkt 35 | | | | | |
| 8 | 6348 Mayfair Street Houston TX 77087 | $150,000.00 | $152,467.33 | | $205,000.00 | FA |
| | **Asset Notes:**    two adjacent lots; 4000 sf building on one and the other is paved | | | | | |
| 9 | US Coast Guard contract | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Mitsubishi dealership contract | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Yamar dealership contract | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Tax refund 941 (u) | $0.00 | $587.67 | | $587.67 | FA |
| 13 | Insurance refund (u) | $0.00 | $996.50 | | $996.50 | FA |
| 14 | VOID - duplicated asset (u) | $0.00 | $0.00 | | $0.00 | FA |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | **$251,970.00** | **$176,811.05** | | **$229,343.72** | **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/01/2018 | TFR Filed at Court |
| 08/14/2018 | TFR to UST |
| 08/13/2018 | TFR to REI for review |
| 08/03/2018 | Odr pay Mosley |
| 07/10/2018 | tax returns mailed |
| 07/09/2018 | mailed 2017-18 Federal rtns & 2018 Franchise look for 505b resp from IRS & TX SOS |
| 07/06/2018 | Sale Report 6348 Mayfair filed |
| 05/15/2018 | Odr on mtn to assign rec & subordinate clm |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit 8

| Case No.: | 17-30910-HCM | | Trustee Name: | Ronald E. Ingalls |
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. | | Date Filed (f) or Converted (c): | 06/07/2017 (f) |
| For the Period Ending: | 1/4/2019 | | §341(a) Meeting Date: | 07/17/2017 |
| | | | Claims Bar Date: | 10/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/20/2018 | Motion to Assign Receivable and for Subordination of Claim |
| 03/27/2018 | Email Mosley/REI do we need rtns or just TFR? |
| 03/09/2018 | CLAIMS READY |
| 03/08/2018 | awaiting clm 4 amendment - tte obj withdrawn |
| 03/08/2018 | Claim 4 amendment filed |
| 02/01/2018 | Obj sec port clm 4 filed |
| 01/23/2018 | TTE stated that he Filed Obj sec portion clm 4 |
| 11/14/2017 | ODR abandon encumbered prop |
| 11/09/2017 | ODR sell Protech |
| 10/25/2017 | TTE MTS all inventory & equip for $7,500 |
| 10/19/2017 | TTE Ntc abandon prop |
| 09/05/2017 | Odr Bid Sale date set |
| 09/05/2017 | Odr sale bid deadline set for 09/14 |
| 09/05/2017 | Odr sale bid deadline set for 09/14 |
| 08/28/2017 | Creditor resp to TTE MTS |
| 08/08/2017 | mtn for sale of real estate filed (6348 Mayfair) |
| 08/01/2017 | Odr hire RE Broker & Mosley |
| 07/06/2017 | TTE MTH Mosley |
| 07/04/2017 | TTE Mtn to employ Broker |
| 06/27/2017 | Ntc D address changed |

| Initial Projected Date Of Final Report (TFR): | 06/30/2018 | Current Projected Date Of Final Report (TFR): | 09/30/2018 | /s/ RONALD E. INGALLS |
| | | | | RONALD E. INGALLS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-30910-HCM | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2538 | Checking Acct #: | ******0910 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2017 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 1/4/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| 06/29/2017 | (2) | Wells Fargo | ck 159043 d 6/26/17 turnover of bank account | | 1129-000 | $1,655.74 | | $1,655.74 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $0.07 | $1,655.67 |
| 07/20/2017 | (1) | Tim-Co Engine Service & Equip | cc 9815525605 d 7/10/17 close bank account | | 1129-000 | $10,103.81 | | $11,759.48 |
| 07/21/2017 | 1001 | Houston Imternational Management | rent for Tim-Co 7/15 tp 8/14 | | 2410-000 | | $1,300.00 | $10,459.48 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $5.96 | $10,453.52 |
| 08/08/2017 | (13) | Travelers Property Casualty | ck 16986821 d 7/17/17 premium refund | | 1229-000 | $663.50 | | $11,117.02 |
| 08/10/2017 | 1002 | US Bankruptcy Clerk - El Paso | fee for sale mtn dkt 17 | | 2700-000 | | $181.00 | $10,936.02 |
| 08/15/2017 | 1003 | Houston International Management | rent 8/15 to 9/15 | | 2410-000 | | $1,300.00 | $9,636.02 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $15.50 | $9,620.52 |
| 09/06/2017 | (12) | U S Treasury | ck 19987113 d 8/22/17 refund 941 | | 1224-000 | $587.67 | | $10,208.19 |
| 09/13/2017 | 1004 | Houston International Management | rent Sept to Oct | | 2410-000 | | $1,300.00 | $8,908.19 |
| 09/25/2017 | (13) | Travelers Property Casualty | ck 17025798 d 9/19/17 premium refund | | 1229-000 | $333.00 | | $9,241.19 |
| 09/29/2017 | 1005 | International Sureties Ltd | Bond Payment | | 2300-000 | | $2.89 | $9,238.30 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $13.87 | $9,224.43 |
| 10/13/2017 | 1006 | Houston International Management | rent Oct to Nov | | 2410-000 | | $1,300.00 | $7,924.43 |
| 10/25/2017 | | Stewart Title -Kirby | proceeds of sale of 6348 Mayfair St | | * | $152,467.33 | | $160,391.76 |
| | {8} | | Sale price | $205,000.00 | 1110-000 | | | $160,391.76 |
| | | | Harris CAD - prorated 2017 taxes | $(2,318.48) | 2820-000 | | | $160,391.76 |
| | | | BBVA Compass lien payoff | $(35,803.04) | 4110-000 | | | $160,391.76 |
| | | | Mathew Shroble ResideTX Properties Realtor for Trustee commission | $(7,500.00) | 3510-000 | | | $160,391.76 |
| | | | Stewart Title Company Closing costs | $(2,111.15) | 2500-000 | | | $160,391.76 |
| | | | RE/MAX Top Realty Realtor for Buyer commission | $(4,800.00) | 2500-000 | | | $160,391.76 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $63.97 | $160,327.79 |

| | | | | | **SUBTOTALS** | $165,811.05 | $5,483.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-30910-HCM | |
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. | |
| Primary Taxpayer ID #: | **-***2538 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/7/2017 | |
| For Period Ending: | 1/4/2019 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0910 |
| Account Title: | |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2017 | | Wang G Shin | ck 104 d 11/16/17 equipment sale per odr d 11/09/17 dkt 33 | * | $11,000.00 | | $171,327.79 |
| | {6} | | ck 104 d 11/16/17 equipment sale per odr d 11/09/17 dkt 33 | $4,300.00 | 1129-000 | | $171,327.79 |
| | {4} | | ck 104 d 11/16/17 equipment sale per odr d 11/09/17 dkt 33 | $950.00 | 1129-000 | | $171,327.79 |
| | {5} | | ck 104 d 11/16/17 equipment sale per odr d 11/09/17 dkt 33 | $490.00 | 1129-000 | | $171,327.79 |
| | {7} | | ck 104 d 11/16/17 equipment sale per odr d 11/09/17 dkt 33 | $5,260.00 | 1129-000 | | $171,327.79 |
| 11/20/2017 | 1007 | Matthew Shroble | broker fee per personal property order #33, 11/9/17 | 3991-500 | | $660.00 | $170,667.79 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $235.72 | $170,432.07 |
| 12/07/2017 | 1008 | Ann Harris Bennett | 2017 property taxes account nos. 2-0663063, 2-2219477 per order #33 | 2820-000 | | $2,579.43 | $167,852.64 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $250.84 | $167,601.80 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $248.98 | $167,352.82 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $224.55 | $167,128.27 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $248.28 | $166,879.99 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $239.91 | $166,640.08 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $247.55 | $166,392.53 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $239.21 | $166,153.32 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $246.83 | $165,906.49 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $39.75 | $165,866.74 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($39.75) | $165,906.49 |
| 08/06/2018 | 1009 | John Mosley | Odr pay fees & exp d 08/03/18 dkt 48 | * | | $658.50 | $165,247.99 |
| | | | Odr pay fees d 08/03/18 dkt 48 | $(630.00) | 3410-000 | | $165,247.99 |
| | | | Odr pay exp d 08/03/18 dkt 48 | $(28.50) | 3420-000 | | $165,247.99 |
| 10/31/2018 | 1010 | Ronald E. Ingalls | Trustee Compensation | 2100-000 | | $14,717.19 | $150,530.80 |
| 10/31/2018 | 1011 | Ronald E. Ingalls | Trustee Expenses | 2200-000 | | $1,911.17 | $148,619.63 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $11,000.00 | $22,708.16 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-30910-HCM | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2538 | Checking Acct #: | ******0910 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2017 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 1/4/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2018 | 1012 | Breco International Inc. | Account Number: Inv 7418, 7525, 7571, 7602; Amount Allowed: 30,133.56; Claim #: 1; | 7100-000 | | $30,133.56 | $118,486.07 |
| 10/31/2018 | 1013 | Reliant Energy Retail Services, LLC | Account Number: 8676; Amount Allowed: 702.02; Claim #: 2; | 7100-000 | | $702.02 | $117,784.05 |
| 10/31/2018 | 1014 | Jocelyn and Timo Lehtola | Account Number: Loans made to Debtor; Amount Allowed: 139,135.00; Claim #: 3; | 7400-000 | | $88,862.05 | $28,922.00 |
| 10/31/2018 | 1015 | U.S. Bank, N.A. | Account Number: 1042/4688/x4553; Amount Allowed: 7,001.98; Claim #: 4; | 7100-000 | | $7,001.98 | $21,920.02 |
| 10/31/2018 | 1016 | American Express Bank, FSB | Account Number: 1001; Amount Allowed: 1,993.92; Claim #: 5; | 7100-000 | | $1,993.92 | $19,926.10 |
| 10/31/2018 | 1017 | American Express Bank, FSB | Account Number: 6003; Amount Allowed: 19,926.10; Claim #: 6; | 7100-000 | | $19,926.10 | $0.00 |

| | | | TOTALS: | | $176,811.05 | $176,811.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $176,811.05 | $176,811.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $176,811.05 | $176,811.05 | |

| For the period of 6/7/2017 to 1/4/2019 | | For the entire history of the account between 06/29/2017 to 1/4/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $229,343.72 | Total Compensable Receipts: | $229,343.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $229,343.72 | Total Comp/Non Comp Receipts: | $229,343.72 |
| Total Internal/Transfer Receipts: | | Total Internal/Transfer Receipts: | |
| | | | |
| Total Compensable Disbursements: | $229,343.72 | Total Compensable Disbursements: | $229,343.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $229,343.72 | Total Comp/Non Comp Disbursements: | $229,343.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**Page No: 11**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 17-30910-HCM |
| Case Name: | TIM-CO ENGINE SERVICES & EQUIPMENT, INC. |
| Primary Taxpayer ID #: | **-***2538 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/7/2017 |
| For Period Ending: | 1/4/2019 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0910 |
| Account Title: | |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $176,811.05 | $176,811.05 | $0.00 |

**For the period of 6/7/2017 to 1/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $229,343.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $229,343.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $229,343.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $229,343.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/07/2017 to 1/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $229,343.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $229,343.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $229,343.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $229,343.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS